**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 20 WAL 2024

     Respondent

     :    Petition for Allowance of Appeal
     from the Order of the Superior Court

     v.

STEPHEN JOHN BEEGLE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :    No. 21 WAL 2024

     Respondent

     :    Petition for Allowance of Appeal
     from the Order of the Superior Court

     v.

STEPHEN JOHN BEEGLE,

     Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.